

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-17-00058-CV

| | | |
|---|---|---|
| In the Interest of C.C. and S.C., Children | § | From the 324th District Court |
| | § | of Tarrant County (324-540605-13) |
| | § | October 26, 2017 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Bonnie Sudderth_
Chief Justice Bonnie Sudderth